No. 128. SKINNER *v.* DINGWELL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elmer McClain*

743

for petitioner. *Mr. Vincent Starzinger* for respondent.